IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

Edward Voorhies )
)
    Plaintiff, )
)
VS. ) Civil Action #: 05-1012-T
)
COMMISSIONER OF )
SOCIAL SECURITY, )
)
    Defendant. )

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare his brief;

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including May 23, 2005, to file his brief in support of his appeal.

                                        *James D. Todd*
                                        District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/11/05

-1-



cause shown, Plaintiff moves this Court to grant an additional period of time for Plaintiff to file his brief in support of the complaint, such additional time extending to and including May 23, 2005.

Respectfully submitted,

Roger Stanfield, Attorney for Plaintiff
P.O. Box 3338
Jackson, Tennessee 38303-3338
731-424-1305
TN BPR #006600

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing motion upon the Honorable Joe B. Dycus, Assistant United States Attorney, Federal Building, 167 N. Main Street, Suite 800, Memphis, TN 38103, this the 9th day of May, 2005.

Roger Stanfield

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01012 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT