IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| Edward Voorhies | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Civil Action #: 05-1012-T |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's reply brief, and and, because the United States Attorney representing the government in this matter consents to the additional time requested,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including August 1, 2005 to file a brief in reply to the government's brief

_____
District Court Judge
7 July 2005

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/7/05

Approved for entry:

_____
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joseph Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 6th day of July, 2005.

_____
Roger Stanfield

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01012 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT